IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RODNEY K. PAPSE, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 07-0024-S-EJL |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| GARY BARRIER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Based upon the Court's Memorandum Decision filed herewith, IT IS HEREBY

ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED

with prejudice.

DATED: **December 18, 2007**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**